**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TIAVONDE JONES ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 26-361-BAH |
| HS FINANCIAL GROUP, LLC, ET AL., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**MODIFIED SCHEDULING ORDER**

Having reviewed the parties' initial joint status report, ECF 35, the Court modifies the Scheduling Order, ECF 33, as follows:

I. Deadlines

| | |
|---|---|
| August 10, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| August 24, 2026: | Plaintiff's Rule 26(a)(2) disclosures |
| August 31, 2026: | Plaintiff's motion for class certification |
| September 23, 2026: | Defendant's Rule 26(a)(2) disclosures |
| October 6, 2026: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| October 13, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| November 9, 2026: | Discovery deadline; submission of status report |
| November 16, 2026: | Requests for admission |
| December 7, 2026: | Dispositive pretrial motions deadline |

II. Early Settlement/ADR Conference

The Court understands that the parties do not wish to be referred to a U.S. Magistrate Judge for a settlement conference at this time. Should that change, given that settlement conferences are typically scheduled months in advance, the parties are directed to alert the Court as soon as practicable when they believe referral for mediation would be useful.

III. Deposition Hours

The Court approves the agreed-upon 25 deposition hours per party.

Date: May 8, 2026

/s/
Brendan A. Hurson
United States District Judge